# United States District Court

## For The District of Columbia

UNDER SEAL

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

V.

**ILDEFONSO ONG, JR.,**
a/k/a
**LONG ONG**

**FILED**

SEP 0 7 2006

CASE NUMBER: 0 6 - 3 9 2 - M - 0 1

DOB:
PDID:

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   Between in or about **November 2000 until in or about April  2002 in  Washington, D.C.**   county, in the_____ District of **Columbia** defendant(s) did, (Track Statutory Language of Offense)

**knowingly conspiring with others to defraud the Export-Import Bank of the United States, an agency of the United States, by obtaining and aiding to obtain the payment of false claims.**

in violation of Title **18** United States Code, Section(s) **286**

I further state that I am **Patrick A. Westerhaus, Special Agent with the Federal Bureau of Investigation**, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

X _____
Signature of Complainant

**AUSA, Michael K. Atkinson  (202) 616-3702**
Sworn to before me and subscribed in my presence,

**Patrick A. Westerhaus, Special Agent**
**Federal Bureau of Investigation**

SEP 07 2006
Date

at      Washington, D.C.
City and State

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer