## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                    :

ARREST WARRANT FOR                        :       MAGISTRATE NO: 0 6 - 3 9 2 - M - 0 1
ILDEFONSO ONG, JR.,                       :       UNDER SEAL
a.k.a                                     :                     FILED
LONG ONG                                  :
                                          :                   SEP 0 7 2006

**ORDER**                                         NANCY MAYER WHITTINGTON, CLERK
                                                  U.S. DISTRICT COURT

Upon consideration of the Government's Motion to Seal, and the facts set forth in the

Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the

Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further

Order of the Court.


Dated  SEP 0 7 2006                       _____
                                                    MAGISTRATE JUDGE
                                                 United States District Court
                                                    District of Columbia
                                                  JOHN M. FACCIOLA
                                                 U.S. MAGISTRATE JUDGE